UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYRONE CAUSEY | CIVIL ACTION |
| VERSUS | NO. 16-9660 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | SECTION I |

## ORDER

Considering the complaint, the record, the applicable law, and the objections by the defendant, which are hereby **OVERRULED**, and having conducted a *de novo* review of the Findings and Recommendation of the United States Magistrate Judge, the Court hereby approves the Findings and Recommendation of the United States Magistrate Judge and adopts them as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the defendant's motion[1] to enforce the settlement agreement is **DENIED** and that this matter is **RE-OPENED**.

New dates for a final pretrial conference, trial, and associated deadlines will be separately set.

New Orleans, Louisiana, January 24, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 69.